UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1720 MJD/JGL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER OF DISMISSAL** |
| | ) | **WITH PREJUDICE** |
| DEBORAH JACKSON, | ) | |
| | ) | |
| Defendant. | ) | |

The plaintiff notifies the Court that the above action has been settled through compromise, and, accordingly, the case is dismissed with prejudice and without costs to either party.

Dated: 4-19-01

Michael J. Davis
The Honorable Michael J. Davis
United States District Court

FILED APR 19 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK